IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HUMBERTO MENDEZ ALONSA; JOSE )
TORRES GOMEZ; JAMES BLIGE; )
DEMPSEY WALKER, JR.; HY'SHEAN )
GIBBS; LARRY BENNETT; ANDRE )
GOLDEN; ALEXANDER HOLMES; SHAWN )
BOLDEN; ATRAVIEN RICHARDSON; )
WILLIAM GARNTO; RODERIGO )
WASHINGTON, JR; THOMAS F. )
MCCLESKEY, II; JAMES L. WILSON; )
MICHAEL E. MARTES; ERIC DESHAWN )
AARON; LES FARMER; SALVADOR )
DIAZ; TERRY LYNATT; BRANDON )
MCRAE; ALFONSO WARNER; TIMOTHY )
BIGGINS; JORELLE HORNE; ROWELL )
MILLER; LARRY BAKER; and )
MICHAEL FORREST; )
)
    Plaintiffs, )
)
v. )    CASE NO. CV422-214
)
SHERIFF JOHN T. WILCHER, in his )
individual and official )
capacities, )
)
    Defendant. )
)

## O R D E R

Before the Court are the Magistrate Judge's September 19, 2022, Report and Recommendation and November 9, 2022, Report and Recommendation (Docs. 5, 14), to which no Plaintiff has filed

objections. After a careful review of the record,[1] the reports and recommendations (Docs. 5, 14) are **ADOPTED** as the Court's opinions in this case. All claims asserted by any Plaintiff in the Complaint are **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).